# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RODNEY DELONG, | ) |
| Petitioner, | ) |
| v. | ) Case 6:17-CV-03171-MDH |
| DEAN MINOR, | ) |
| Respondent. | ) |

## ENTRY OF APPEARANCE

Comes now Stephen D. Hawke, Assistant Attorney General, State of Missouri, and enters his appearance as Counsel of Record for Respondent in the above-captioned case.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

\s\ *Stephen D. Hawke*
STEPHEN D. HAWKE
Assistant Attorney General
Missouri Bar No. 35242

P. O. Box 899
Jefferson City, MO 65102
(573) 751-3321
(573) 751-3825 FAX
stephen.hawke@ago.mo.gov
Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system. I further certify that some of the participants in the case may not be CM/ECF users, in those instances, I have mailed the foregoing document postage prepaid, this 30 day of June, 2017, to:

Rodney Delong, #527086
Moberly Correctional Center
PO Box 7
Moberly, MO 65270


\s\ *Stephen D. Hawke*
Stephen D. Hawke
Assistant Attorney General