# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Rodney Delong,

    Petitioner,

    V.                 Case No. 17-03171-CV-S-MDH-P

Dean Minor,

    Respondent,

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that (1) the petition for writ of habeas corpus is dismissed; (2) Petitioner's motion for an evidentiary hearing is denied; and (3) the issuance of a certificate of appealability is denied.

Entered on: November 7, 2017.

                                          PAIGE WYMORE-WYNN
                                          CLERK OF COURT

                                          /s/ T. Richard
                                          (By) Deputy Clerk