UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Rodney DeLong,                    )
                                  )
          Petitioner,             )
                                  )
                                  )
     vs.,                         )      Case No. 17-03171-CV-S-MDH-P
                                  )
                                  )
Dean Minor,                       )
                                  )
          Respondent.             )

## NOTICE OF APPEAL

Notice is hereby given that Rodney DeLong, petitioner in the above named case, hereby appeal to the United States Court of Appeals for the 8th Circuit from an order denying habeas relief pursuant to 28 U.S.C. § 2254 on procedural grounds entered in this action on November 7, 2017.

Rodney DeLong #527086 (Petitioner)
Moberly Correctional Center
P.O. Box 7 (1-B-103)
Moberly, Mo. 65270

## CERTIFICATE OF SERVICE

I, Rodney DeLong, swear that a true and accurate copy of petitioner's Notice of Appeal was placed in the inmate mailing system, postage pre paid, first class, this 21st day of November, 2017, addressed to the following:

Stephen D. Hawke
Assistant Attorney General
P.O. Box 899
Jefferson City, Mo. 65102
573-751-3321
573-751-3825 (Fax)
Attorney for Respondent

Rodney DeLong
Rodney DeLong



check given to
finance 11/27/17

Rodney DeLong
C/O-D.O.C.#527086 @ H.U. 1-B-103
MOBERLY CORRECTIONAL CENTER
P.O. Box 7
Moberly, Missouri 65270

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

-> LEGAL MAIL <-

RECEIVED
2017 NOV 27 AM 8:34
CLERK U.S. DIST COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

SPRINGFIELD MO 658

21 NOV 2017 PM 3 1

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
400 E 9th St. Rm. 2710
KANSAS CITY, MISSOURI 64106

64106-262085