# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| RODNEY DELONG, | ) |
| Petitioner, | ) |
| v. | ) Case No. 17-03171-CV-S-MDH-P |
| DEAN MINOR, | ) |
| Respondent. | ) |

## ORDER

On November 7, 2017, this Court entered its Order and Judgment dismissing this *pro se* prisoner case. Docs. 15, 16. The Court additionally denied a certificate of appealability. Doc. 15. On November 27, 2017, Petitioner filed a notice of appeal and paid the $505 appellate filing fee in full. Doc. 17.

Accordingly, it is **ORDERED** that the Clerk of the Court shall electronically forward this case to the United States Court of Appeals for the Eighth Circuit for further processing of Petitioner's appeal.

**IT IS SO ORDERED.**

/s/ Douglas Harpool
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE

DATED: November 28, 2017