# Missouri Western District-KANSAS CITY

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

| **Caption:** | **Case No.:** | **ECF Acknowledgment** |
|---|---|---|
| **Delong v. Minor** | 17-03171-CV-S-MDH-P | |

**Appellant:**

**Rodney Delong**

**Attorney(s):**

| Rodney Delong        527086 |
| Moberly Correctional Center |
| PO Box 7 |
| Moberly, MO 65270 |

**Appellee:**

**Dean Minor**

**Attorney(s):**

| Stephen David Hawke |
| Missouri Attorney General's Office-JC |
| P.O. Box 899 |
| Jefferson City, MO 65102 |
| (573) 751-3321    Fax: (573)751-3825 |
| Email: stephen.hawke@ago.mo.gov |

**Court Reporter(s):**

| N/A |

**Please return files and documents to**: 

WDMO – Kansas City

**Person to contact about the appeal:**

Tracey Richard   (816) 512-5091

| **Length of Trial:** | **Fee:** | **IFP** | **Pending IFP mot.** |
|---|---|---|---|
| **N/A** | **N** | **Yes, filed; denied** | **N** |
| **Counsel:** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
| Pro Se | **NO** | **NO** | **NO** |

**Criminal Cases/Prisoner Pro Se Cases only:**

**Is defendant incarcerated? No**               **Where?**

| |

**Please list all other defendants in this case if there were multiple defendants**