**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 13, 2018

Mr. Richard H. Sindel
SINDEL & SINDEL
Suite 350
8000 Maryland Avenue
Clayton, MO  63105

      RE:  17-3610  Rodney Delong v. Dean Minor

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

      Michael E. Gans
      Clerk of Court

YML

Enclosure(s)

cc:     Rodney Delong
      Mr. Stephen David Hawke
      Ms. Paige Wymore-Wynn

      District Court/Agency Case Number(s):  6:17-cv-03171-MDH

_____

No: 17-3610
_____

Rodney Delong

Petitioner - Appellant

v.

Dean Minor, Warden

Respondent - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:17-cv-03171-MDH)
_____

**JUDGMENT**

Before LOKEN, MURPHY and ERICKSON, Circuit Judges.

      This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. Appellant's motion for stay is denied as moot. The appeal is dismissed.

April 13, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans