# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

No: 17-3610

Rodney Delong

Appellant

v.

Dean Minor, Warden

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:17-cv-03171-MDH)
_____

**MANDATE**

In accordance with the judgment of 04/13/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 07, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit